Thomas E. GUST; Bryon W. Sisk; Roger C. Howard; Todd Leopard; Michael Miranda; Herman G. Shamel, Jr.; David L. Biles; Thomas J. Squirek, Plaintiffs–Appellants,

v.

E. Norris TOLSON; Eugene J. Cella; J. Moody; G.D. Drum; B.S. Blackmon; Edward S. Koonce; E.K. Maxie; T.A. Sledge; Carla R. Helms; Cahn H. Le, all in their individual and personal capacities, Defendants–Appellees.

No. 06–1597.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 31, 2006.

Decided: Nov. 2, 2006.

Thomas E. Gust, Bryon W. Sisk, Roger C. Howard, Todd Leopard, Michael Miranda, Herman G. Shamel, Jr., David L. Biles, Thomas J. Squirek, Appellants Pro Se. Michael David Youth, North Carolina Department of Justice, Raleigh, North Carolina; Sarah Beckett Boehm, McGuirewoods, L.L.P., Richmond, Virginia, Robert Aubrey Cox, Jr., McGuirewoods, L.L.P., Charlotte, North Carolina, for Appellees.

Before WILLIAMS, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Thomas E. Gust, Bryon W. Sisk, Roger C. Howard, Todd Leopard, Michael Miranda, Herman G. Shamel, Jr., David L. Biles, and Thomas J. Squirek appeal the district court's order granting Appellees' motions to dismiss. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Gust v. Tolson,* No. 3:05–cv–00444, 2006 WL 1215414 (W.D.N.C. May 9, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*